STATE OF NEW JERSEY v. RAYMOND ROBERTS.

May 14, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. HARVEY WILLIAMS.

May 14, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. GARY JOHN CRISP.

May 14, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD DINKO PARKER.

May 14, 1974. Petition for certification denied.

FRANK P. ROSSI v. CAROL ANN SZESLOWSKI.

May 14, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. DOMINICK CARUSO.

May 14, 1974. Petition for certification denied.